No. 02–258.   JINKS v. RICHLAND COUNTY, SOUTH CAROLINA, ET AL.   Sup. Ct. S. C.   [Certiorari granted, *ante*, p. 972.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 02–563.   AMERICAN COALITION OF LIFE ACTIVISTS ET AL. v. PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE, INC., ET AL.   C. A. 9th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–5664.   SELL v. UNITED STATES.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 999.]   Motion for appointment of counsel granted, and it is ordered that Barry A. Short, Esq., of St. Louis, Mo., be appointed to serve as counsel for petitioner in this case.

No. 02–7514.   IN RE CALIA;
No. 02–7521.   IN RE JOHNSON; and
No. 02–7539.   IN RE WILKINS.   Petitions for writs of habeas corpus denied.

No. 02–564.   IN RE JONES; and
No. 02–688.   IN RE HARRAH.   Petitions for writs of mandamus and/or prohibition denied.

No. 01–10814.   SALVADOR CASTILLO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 01–10836.   JACKSON v. STERNES, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 02–253.   UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO v. SILER-KHODR ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 02–315.   FRIEDMAN'S INC., DBA FRIEDMAN'S JEWELERS, ET AL. v. WEST VIRGINIA EX REL. DUNLAP.   Sup. Ct. App. W. Va. Certiorari denied.

No. 02–424.   SNOWDEN v. CHECKPOINT CHECK CASHING ET AL. C. A. 4th Cir.   Certiorari denied.